JAMISON, Appellant, v. UPTEGROVE et al.; JAMI-
    SON, Appellant, v. STONE; JAMISON, Appel-
    lant, v. EVANS; JAMISON, Appellant, v.
    BLACK.

Division One, November 23, 1904.

Appeal from Lincoln Circuit Court.—*Hon. E. M.
Hughes,* Judge.

AFFIRMED.

MARSHALL, J.—The questions of law, as well as
the facts, disclosed by the records in these cases, are
exactly similar to those presented in the case of Wil-
liam D. Jamison, appellant, v. Richard Martin, respond-
ent, reported at page 422 of this volume, and it is un-
necessary to further consider these cases. The judg-
ments in these cases are affirmed.

All concur, except *Robinson, J.,* absent.